LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER KAUR,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Michael Aytes. Acting Deputy Director,<br>Secretary of Homeland Security, et al.<br><br>　　Defendants. | No. 09-cv-F-175 LJO DLB<br><br>STIPULATION AND ORDER RE:<br>DISMISSAL |

　　This is an immigration case in which plaintiff challenged the delay in adjudication of her asylee relative petitions. As of the time of this filing, the petitions have been adjudicated. Accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: March 25, 2009

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　By:　　/s/Audrey Hemesath
　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　Attorneys for the Defendants


　　　　　　　　　　By:　　/s/ Jonathan Kaufman
　　　　　　　　　　　　　　Jonathan Kaufman
　　　　　　　　　　　　　　Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated: **March 26, 2009**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE